**Order entered February 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01722-CV

## IN THE INTEREST OF M.N.B. AND D.M.B., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-09630**

## ORDER

We **GRANT** appellant's January 21, 2014 motion for an extension of time to file a notice of appeal. The notice of appeal filed on November 13, 2013 is deemed timely for jurisdictional purposes.

/s/ ADA BROWN
JUSTICE